**Dismissed and Memorandum Opinion filed August 14, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00473-CV

### JUDITH WRIGHT PATTERSON, Appellant

### V.

### ETHEL LOUISE WILLIAMS, RICK HARRIS, WILLIAM F. WILSON, NORMA WILSON, DIANE STIEBENS, KATHERINE HARPER, ANDREA ATKINS, ROBERTA LYTLE, THOMAS WILSON, WILLIAM WILSON, JR., CAROL JO VAN HORN WELLWOOD, DONNA VAN HORN COBB, WILLIAM E. WILLIAMS, REBECCA WILSON AND DAVID TOWNSEND, Appellees

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-16669**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 10, 2012. The notice of appeal was filed May 10, 2012. To date, our records show that appellant has not paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil

cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also*; Tex. Gov't Code Ann. § 51.207.

On July 3, 2012, this court ordered appellant to pay the appellate filing fee on or before July 18, 2012, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Seymore, Boyce, and McCally.